## UNITED STATES COURT OF APPEALS
## FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501, Richmond, Virginia 23219

February 20, 2014

_____

DOCKET CORRECTION NOTICE
_____

No.  13-1980,      <u>Hsieh Lewis v. Life Insurance Company</u>
                   1:12-cv-01012-TSE-TCB

TO:   Kathryn Anne Grace
      Walter L. Williams

FILING CORRECTION DUE:  March 3, 2014

Please make the correction identified below and file a corrected document by the date indicated.

_____

 [ x ] Brief is not text-searchable. Please refile brief as a text-searchable PDF.


Donna Lett, Deputy Clerk
804-916-2704